# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

**WALLACE ROBERTS,**

    Plaintiff,

v.                          CASE NUMBER: 5:11-CV-1321 (NAM/ATB)

**CSX TRANSPORTATION, INC.,**

    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's motion for summary judgment (dkt. no. 17) is GRANTED. It is further ORDERED that the complaint is DISMISSED with prejudice.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 31st day of March, 2014.

DATED: March 31, 2014

                                                         Clerk of Court

                                           By: s/ Nicole Killius
                                                  Deputy Clerk